"(1) Does Ohio recognize a freestanding claim of 'wrongful attempted foreclosure'; and (2) if so, what are the elements of such a claim, and what are the damages available?"

Petitioner shall file its merit brief within 40 days and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.04 and S.Ct.Prac.R. 9.07.

**2013–0298. State v. Baker.**
Montgomery App. No. 23933, 2011-Ohio-1820. On motion for delayed appeal. Motion denied.

**2013–0302. State v. Crites.**
Trumbull App. No. 2012–T–0065, 2012-Ohio-5127. On motion for delayed appeal. Motion denied.
KENNEDY, J., dissents.

**2013–0314. State v. Nowlin.**
Muskingum App. No. CT2012–0015, 2012-Ohio-4923. On motion for delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2013–0318. State v. Midlam.**
Greene App. No. 2012 CA 25, 2012-Ohio-5539. On motion for delayed appeal. Motion denied.
LANZINGER and O'NEILL, JJ., dissent.

**2013–0322. State v. Stapleton.**
Scioto App. No. 12CA3477, 2012-Ohio-4964. On motion for delayed appeal. Motion denied.

**2013–0327. State v. Petti.**
Lake App. No. 2012–L–045, 2012-Ohio-6130. On motion for delayed appeal. Motion granted.
O'CONNOR, C.J., and O'DONNELL and KENNEDY, JJ., dissent.

**2013–0330. State v. Gomez.**
Cuyahoga App. No. 99275. On motion for delayed appeal. Motion denied.
O'DONNELL and LANZINGER, JJ., dissent.

**2013–0332. State v. Johnson.**
Butler App. No. CA2011–11–212. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' entry filed February 21, 2013:

"[W]hether, pursuant to R.C. 2951.03, newly-appointed appellate counsel is entitled to obtain a copy of the defendant's presentence investigation report."

O'DONNELL, J., dissents.

The conflict case is *State v. Jordan*, 4th Dist. No. 03CA2878 (Nov. 17, 2003).

**2013–0337. State v. Pate.**
Cuyahoga App. No. 90313, 2008-Ohio-5736. On motion for delayed appeal. Motion denied.

**2013–0338. State v. Dudley.**
Cuyahoga App. No. 94972, 2012-Ohio-5059. On motion for delayed appeal. Motion denied.

**2013–0341. Pruitt v. Cook.**
In Habeas Corpus. On petition for writ of habeas corpus of Kenneth Pruitt. Sua sponte, the writ is allowed. Allowing the writ means only that a return is ordered. *See Reed v. Kinkela*, 84 Ohio St.3d 1427, 702 N.E.2d 903 (1998); *Hernandez v. Kelly*, 107 Ohio St.3d 1430, 2005-Ohio-6400, 838 N.E.2d 670.

It is further ordered that respondent shall file a return of writ within 21 days of service of the petition, and petitioner may file a response within 10 days after the return is filed. Petitioner's physical presence before the court is not required.

O'CONNOR, C.J., and PFEIFER and LANZINGER, JJ., dissent and would deny the writ.

**2013–0345. State v. Rodriguez–Baron.**
Mahoning App. No. 12 MA 44, 2012-Ohio-5360. On motion for delayed appeal. Motion denied.

**2013–0354. State v. Jones.**
Wayne App. No. 12CA0024, 2012-Ohio-6150. On motion for delayed appeal. Motion denied.
PFEIFER and O'NEILL, JJ., dissent.